■ In the Matter of NIAGARA MOHAWK POWER CORPORATION, Respondent, v TOWN OF WATERTOWN BOARD OF ASSESSORS et al., Appellants. (Appeal No. 2.) [629 NYS2d 687] —Judgment unanimously affirmed without costs. Same Memorandum as in *Matter of Niagara Mohawk Power Corp. v Town of Watertown Bd. of Assessors* ([appeal No. 1] 216 AD2d 885 [decided herewith]). (Appeal from Judgment of Supreme Court, Jefferson County, Gilbert, J.—CPLR art 78.) Present—Pine, J. P., Fallon, Callahan, Doerr and Balio, JJ.

■ In the Matter of NIAGARA MOHAWK POWER CORPORATION, Respondent, v TOWN OF LYME BOARD OF ASSESSORS et al., Appellants. (Appeal No. 3.) [629 NYS2d 686] —Judgment unanimously reversed on the law without costs and petition dismissed. Same Memorandum as in *Matter of Niagara Mohawk Power Corp. v Town of Watertown Bd. of Assessors* ([appeal No. 1] 216 AD2d 885 [decided herewith]). (Appeal from Judgment of Supreme Court, Jefferson County, Gilbert, J.—CPLR art 78.) Present—Pine, J. P., Fallon, Callahan, Doerr and Balio, JJ.